IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> NATALIE CORREA-OPPENHEIMER, <br><br> Defendant. | INDICTMENT <br> CRIMINAL NO. 10-428 (JAG) <br><br> VIOLATION: <br> 18 U.S.C. § 1715 <br><br> FORFEITURE: <br> 18 U.S.C. § 924(d)(1) <br> 28 U.S.C. § 2461(c) <br><br> (ONE COUNT & FORFEITURE) |

**THE GRAND JURY CHARGES:**

## COUNT ONE

On or about the 3rd day of November, 2010, in the United States Post Office located in Santa Isabel, in the District of Puerto Rico, and within the jurisdiction of this Court,

**NATALIE CORREA-OPPENHEIMER,**

the defendant herein, did knowingly cause to be delivered by mail according to the direction thereon, and at any place to which it is directed to be delivered by the person to whom it is addressed, a pistol and firearm declared nonmailable by Title 18, United States Code, Section 1715, that is, one (1) Glock pistol, model 21, .45 mm caliber, bearing serial number DDP313 capable of being concealed on the person. All in violation of Title 18, United States Code, Section 1715.

1

## FIREARMS FORFEITURE ALLEGATION
(18 U.S.C. § 924(d)(1) & 28 U.S.C. § 2461(c))

1. The allegations contained in Count ONE of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense in violation of Title 18, United States Code, Section 1715 set forth in Count ONE of this Indictment,

### NATALIE CORREA-OPPENHEIMER,

the defendant herein, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved or used in the knowing commission of the offense, including, but not limited to: one (1) Glock pistol, model 21, .45 mm caliber, bearing serial number DDP313; one (1) FNH/Smith & Wesson pistol, model FNP-40, .40mm caliber, bearing serial number 61CMT05748; one (1) Smith & Wesson pistol, model SW40Ve .40mm caliber, bearing serial number RBN8171; and six (6) magazines.

TRUE BILL.

FOREPERSON
Date: 11/09/10

**ROSA EMILIA RODRÍGUEZ-VÉLEZ**
United States Attorney

for:
José A. Ruiz-Santiago   S.L.C.
Assistant United States Attorney
Chief, Criminal Division   11/09/2010.

for:
Warren Vázquez   S.L.C.
Assistant United States Attorney
Chief, Violent Crimes Unit
11/09/2010.

Idalia Mestey-Borges
Assistant United States Attorney
11/09/10